## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

EILEEN BRODSKY and RHONDA DIAMOND, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

ALDI INC., COFFEE HOLDING COMPANY, INC., and PAN AMERICAN COFFEE CO. LLC,

Defendant(s).

Case No. 20 C 7632
Judge Robert W. Gettleman

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) ALDI INC., COFFEE HOLDING COMPANY, INC. and PAN AMERICAN COFFEE CO. LLC ,

and against plaintiff(s), EILEEN BRODSKY and RHONDA DIAMOND, individually and on behalf of all others similarly situated

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.

Date:  9/28/2021                                      Thomas G. Bruton, Clerk of Court

                                                      Claire E. Newman, Deputy Clerk